IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

JOHN SCOTT CONOVER, on behalf of the UNITED STATES OF AMERICA

PLAINTIFF/Relator,

vs.                                             <s>Case No. (FILED UNDER SEAL)</s> 

ADVENT HEALTH, INC,

DEFENDANT

---

### FIRST AMENDED FALSE CLAIMS ACT COMPLAINT

The United States of America, by and through qui tam Relator, JOHN SCOTT CONOVER, brings this action under 31 U.S.C. 3729-32 (The "False Claims Act") to recover from ADVENT HEALTH, INC.("Advent Health") for all damages, penalties, and other remedies available under the False Claims Act on behalf of the United States and himself and would show unto the Court the following:

### PARTIES

1. Relator, John Scott Conover ("Conover"), is an individual and citizen of the United States of America residing in the Brevard County, Florida.

2.   Defendant Advent Health, Inc. is a Delaware corporation authorized to do business in Florida with its principal place of business located in Orange County, Florida.

### JURISDICTION AND VENUE

3.   This Court maintains subject matter jurisdiction over this action pursuant to 3 1 U.S.C. 53732(a) (False Claims Act) and 28 U.S.C. 1331 (Federal Question).

4.   Venue is proper'in this Court under 31 U.S.C. 3732(a) because Advent Health operates health care facilities and bills Medicare in this district and throughout the United States.

5.   Conover is the original source of and has direct and independent knowledge of all publicly disclosed information that the allegations herein are based upon. Conover has personally gathered all the documentation and photographs substantiating the allegations herein.

## FACTS

6.   Advent Health is a health care corporation providing health care through hospitals and various other enterprises. A substantial part of Advent Health's income is derived from billing insurance companies and governmental entities for reimbursement for medical care.

7.   Advent Health has engaged in a practice of submitting false, misleading and substantially inflated bills for reimbursement to various entities including

Medicare. As such, the United States has been deprived of funds due to the acts of Defendant.

8.   Other potential defendants have undergone similarly fraudulent billing acts of the Defendant.

## CAUSE OF ACTION

Violations of the False Claims Act

9.   Conover incorporates and re-alleges all of the foregoing allegations herein.

10.   Based upon the acts described above, Defendant knowingly violated on or more of the following:

1. Knowingly presented, or caused to be presented, a false or fraudulent claim for payment or approval;
2. Knowingly made, used, or caused to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government.

11.   The United States, unaware of the falsity of these claims, records, and statements made 'by the Defendant, and in reliance on the accuracy thereof, paid money to Defendant for the fraudulent claims.

12.   The United States and the general public have been damaged as a result of Defendant's violations of the False Claims Act.

## PRAYER FOR RELIEF

13. For the reasons set forth above, Conover, on behalf of the United States, respectfully requests this Court to find that Defendant has damaged the United States Government as a result of its conduct under the False Claims Act. Conover prays that judgment enter against Defendant for all applicable damages, including but not limited to the following:

1. Actual damages in an amount sufficient to cover the cost of fraudulently submitted bills.
2. Civil Penalties in an amount of three times the actual damages suffered by the Government.
3. Relator seeks a fair and reasonable amount of any award for his contribution to the Government's investigation and recovery pursuant to 31 U.S.C. SS 3730(b) and (d) of the False Claims Act.
4. Attorney's fees and costs awarded to Relator.
5. Pre-judgment and post judgment interest.
6. All other relief on behalf of the Relator and/or United States Government to which they may be entitled at law or equity.
7. Trial by jury.

**WHEREFORE**, Plaintiff demands the relief sought.

JOHN SCOTT CONOVER
7000 W. King Street
Cocoa, Fl 32926
407-621-1999